RECEIVED
AUG 20 2026
U.S.C.A. 3rd CIRCUIT

(Del. Rev 05/2014) Pro se Notice of Appeal

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

APPEALS COURT CASE NUMBER: ____________
(To be assigned by Appeals Court)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Brown et al.

v.

Centurian of Delaware, LLC et al.

DISTRICT COURT Civ. Action No.: 1:22-cv-00923

DISTRICT COURT JUDGE: Jennifer Hall long

Notice is hereby given that Augustus Hebrew Evans Jr.,
(Named Party)

who proceeds *pro se*, appeals to the United States Court of Appeals for the Third Circuit from (D.I. #112)
[ ] Judgment, [✓] Order, [ ] Other (specify) Denial of Motion to Intervene and to Proceed Pro Se (D.I. #119)

entered in this action on August 10, 2026 (D.I. #131)
(date)

Dated: August 14, 2026

[signature]
(Signature)

Augustus Hebrew Evans Jr. #00191247
(Print Name)

James T. Vaughn Corr. Center
1181 Paddock Road
(Address)

Smyrna, DE 19977
(City, State, Zip Code)

N/A
(Telephone Number)

AUGUSTUS HEBREW EVANS JR.
#00191247 W-BLDG C-5
JAMES T. VAUGHN CORR. CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

WILMINGTON DE 197
18 AUG 2026 PM 1 L




RECEIVED
AUG 20 2026
U.S.C.A. 3rd CIRCUIT

OFFICE OF THE CLERK.
U.S. COURT OF APPEALS
21400 U.S. COURT HOUSE
601 MARKET STREET
PHILA. PA 19106

U.S.M.S. X-RAY